# Document Not Imaged

# The paper document is available in the Clerk's Office Files Department

Case 1:06-mc-00399   Document 7   Filed 04/10/2007   Page 1 of 1